Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED 26 OCT '22 16 18 USDC-ORE

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

ANITA KISHNA
ANITA KISHNA / ANITAE KISHNA
*(Please ask me to sign it, (my name like this) 7420 NW Columbia Ave. Portland. OR 97229. USA.*

*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

U.S.A. fish and wildlife services
1849 C Street. (NW)(.)   USA.
Washington, DC   20240.

*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No. 6:22-CV-01647-AA

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

Because of "cover's posing as me, without my consent, see other EPPDAPA petitions filed at Washington, Hillsboro Courts, Oregon. 97229 USA County and US District courts. Portland. OR. 97201. USA.

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | ANITA KISHNA |
| Street Address | see above.   (presently homeless). |
| City and County | due to oppressive |
| State and Zip Code | circumstances |
| Telephone Number | |
| E-mail Address | |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

ANITA KISHIA /ANITAIKISHIA  4440 NW Columbia Ave · Portland · OR · 97229 · USA

Defendant No. 1  *Jkishia*

    Name                          USA Fish & Wildlife Services

    Job or Title *(if known)*        1849 'C' Street  (NW?)

    Street Address

    City and County

    State and Zip Code             Washington Dc. 20240 · USA

    Telephone Number

    E-mail Address *(if known)*


Defendant No. 2

    Name                          Oregon Fish & Wildlife Services

    Job or Title *(if known)*

    Street Address                 ?

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*


Defendant No. 3

    Name                          Others as appropriate.

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*


Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*Anastasshia 4440 NW Columbia Ave. Portland. OR. 97309. USA.*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question              ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Please see pg 1-12 for federal, state and local laws. For animal rights in USA. And additional pages of info/writings on what is being requested, and request to add to petition/complaint, etc.*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the
   State of *(name)* _____.

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated
   under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)*
   _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of
   the State of *(name)* _____. Or is a citizen of
   *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

ANITA KRISHNA  4440 NW Columbia Ave. Portland. OR. 97209- USA.    ANITA KRISHNA Krishe

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

III.    **Statement of Claim**    19ᵗʰ October 2022 :  Claims attached on separate attached pages -:

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

In trying to address this (see additional pages attached), I have been repeatedly terrorised, intimidated, and brutalized, repeatedly (sabotaged (any efforts)) to prevent me from progressing and also to address these matters too. I am severely unwell from it, and being kept unwell, for, long as "the crew" behind it can keep it going; unprovoked by us, nor provoking as But not crazy, insane, mad, and in a lot painof, it, abuse upon abuse, torture sequences to provoke responses, relentlessly until one is green, so more abuse, etc can then result, ongoing over a 23 plus yr period

IV.    **Relief** and continued here, presently at Boley Law library / Lewis and Clark law Shop closed)—the Boley Law Library, according to the receptionists /Librarians, Librarians here State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal. public)arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include at approx the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any 303/ 'punitive or exemplary' damages claimed, the amounts, and the reasons you claim you are entitled to actual or 305 pm punitive money damages.

- Relief, (yes;) punitive damages (No); Basis that wrongs are continuing (see overleaf attached today 19ᵗʰ Oct
- No Actual punitive money damages are being for this complaint, 2022.

• Relief that is being requested (from) by the court is for the requests being made to be "allowed"/be made compulsory immediately in every case/situation, every proposal;

• Relief that is being requested is for a paid "volunteer" work "force" (properly paid (employed not over worked (attention paid (the body, age, circumstances, etc for each individual, so jobs/work/experience" can be enjoyed, appreciated, and be encouraged to want to do"

Page 4 of 5
Continued pg5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*ANITA KRISHNA 4490 NW Columbia Ave. Portland. OR. 97229. USA..*
*Continued Relief requested pg 4 ("from page 4")-:*
* *Relief (as relates to the "particular" requests and allowances as regards each individual*
*employment for the proposed proposals(                    ), as needed for, as suits the*
*required and particular nature of understanding the particular needs / emotions / nature /*
*feelings of the job / work / "experience" required for it / them / each proposal.*
* *Relief as suited for the proceeds from the discussions, writings, as regards the*
*herbal, and other related discussions ( 2020, prior to and after), writings also, at my home;*

**V.    Certification and Closing**  *on my computers ( Macnote book, bought sept/Aug 2014). notes; books ( paper note bk).-*
*—as suits meeting the allowances and "particular" requests (above)— + etc.,-:*

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, *continued on additional page.*
and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause
unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a
nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have *Relief as*
evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable *suits / meets*
opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the *needs, requirements*
requirements of Rule 11.

*immediately, prior to / while arrangement, proposals are being processed / go into place-*

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be
served. I understand that my failure to keep a current address on file with the Clerk's Office may result
in the dismissal of my case.

Date of signing:    *19th October 2022*

Signature of Plaintiff    *Krishna    ANITAKRISHNA*
Printed Name of Plaintiff    *ANITAKRISHNA / ANITA KRISHNA*

**B.    For Attorneys**

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____

Rev 12/16  Complaint for a civil case:
ANIANISTINA 4440 NW Columbia Ave. Portland. OR. 97229. USA.    19th Oct 2022
Pro Se I

- Relief as suits the particular "allowances" (noted as "allowances" urgently) as "attraction"/"gratitude"/other genuine commitment to requirements, etc suited to "tasks"...


- Request for an attorney (s) assistance, other required process, necessities,